LUTZ, Respondent, *v.* LUTZ, Appellant.

*(Supreme Court, General Term, First Department.   January 10, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*A. B. Clark,* for appellant.   *Ernest Hall,* for respondent.

No opinion.   Motion denied, upon appellant's stipulating to argue at February term and paying $10, costs of this motion.

---

MARTIN, Appellant, *v.* WOMEN'S MUT. INS. & ACC. CO., Respondent.

*(Supreme Court, General Term, First Department.   January 10, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*James K. Averill,* for appellant.   *John A. Kamping,* for respondent.

No opinion.   Upon appellant's stipulating to argue appeal at February Term, and paying $10, costs of motion, this motion will be denied.

---

MARTIN *v.* PLATT *et al.*

*(Supreme Court, General Term, First Department.   January 10, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.   Upon appellant's stipulating to argue at the February Term, this motion will be denied.   For former reports, see 4 N. Y. Supp. 359; 5 N. Y. Supp. 862; 7 N. Y. Supp. 950.

---

PIERSON, Appellant, *v.* CRONK, Respondent.

*(Supreme Court, General Term, First Department.   January 10, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*R. J. Moses, Jr.,* for appellant.   *P. H. Vernon,* for respondent.

No opinion.   Motion denied, with costs.

---

BERTHOLF, Appellant, *v.* CARR, Respondent.

*(Supreme Court, General Term, First Department.   January 24, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*John Townshend,* for appellant.   *A. B. Carrington,* for respondent.

No opinion.   Motion for reargument granted.   For former report, see 6 N. Y. Supp. 254.

---

CALLENDER *et al.,* Appellants, *v.* PARSONS, Respondent.

*(Supreme Court, General Term, First Department.   January 24, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*W. W. Niles,* for appellants.   *Simpson, Thatcher & Barnum,* for respondent.

No opinion.   Motion denied.

---

FURBER, Appellant, *v.* McCARTHY *et al.,* Respondents.

*(Supreme Court, General Term, First Department.   January 24, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*H. Joseph,* for appellant.   *E. P. Johnson,* for respondents.

No opinion.   Motion denied, with $10 costs.   For former reports, see 4 N. Y. Supp. 274; 5 N. Y. Supp. 947; 7 N. Y. Supp. 613.